cc: HG

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 19 2017

at 11 o'clock and 40 min. a M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE _____9th_____ DISTRICT OF __Hawaii__

_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

---

## Frederick Hall

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-   **United States Army**

**Department of Veterans Affairs**

**Disabled American Veterans**

**Olympic Moving & Storage Inc.**

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint and Request For
Injunction**

Case No. CV17 00345HG RLP

*(to be filled in by the Clerk's Office)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | **Frederick Hall** |
| Street Address | **P.O. Box 4648** |
| City and County | **Honolulu,** |
| State and Zip Code | **Hawaii 96812 4648** |
| Telephone Number | **720-285-5776** |
| E-mail Address | **fredhall2453@yahoo.com** |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **U.S. Army / Department of Defense** |
| Job or Title (if known) | **c/o Lt. Colonel Eric Young** |
| Street Address | **9275 Gunston Rd, Building 1450** |
| City and County | **Fort Belvoir** |
| State and Zip Code | **Virginia 22060** |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | **Department of Veterans Affairs** |
| Job or Title (if known) | |
| Street Address | **915 Second Ave.** |
| City and County | **Seattle, WA.    ,      King** |

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name **Disabled American Veterans**

Job or Title **Chris Clay General Counsel**
(if known)

Street Address **3725 Alexandia**

City and County **Pike Cold Spring,**

State and Zip Code **Ky 41076**

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name **Olympic Moving  & Storage Inc.**

Job or Title **c/o.Dave Gray  General Manger**
(if known)

Street Address **1017 South 344th. St.**

City and County **Federal Way**

State and Zip Code **Washinton**

Telephone Number _____

E-mail Address _____
(if known)

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

3

What is the basis for federal court jurisdiction?  *(check all that apply)*

☒  Federal question                    ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.**    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**The 14th Amendment of United States Consitution Rights Of Due Process were denied.**

**B.**    **If the Basis for Jurisdiction Is Diversity of Citizenship**

    1.    The Plaintiff(s)

        a.    If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

        b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    2.    The Defendant(s)

        a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

**U.S. Army/Departmen of Defense; 250,000,000,00**

**Department of Veterans Affairs;  250, 000,000.00**

**Disabled American Veterans;  250,000,000.00**

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

**When, I was about to go on Emergency leave by the Red Cross.**

**I was Discharged from U.S. Army, without my Rights of Due Process at Fort Jackson South Carolina.**

5

B.     What date and approximate time did the events giving rise to your claim(s) occur?

**March 17, 1972   4:00 am**

C.     What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

**I personally belived my life was being theaten.**

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

**There is no amount of money that can make right, the damage done , to the Hall family, but I do belive that future generations can benefit, from the sense of well being the renumeration could lend.**

**It was very diffcult making effort trying to work while 110 percent disabled in a feld that required exceptional physicality.**

## V.   Relief

State briefly and precisely what relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**The renumeration will help the Hall family, move on with our lives.**

6

_____

_____

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __Aug 1, 20 17__   JUL 1 9 2017

Signature of Plaintiff _____

Printed Name of Plaintiff __Frederick Hall_____

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney        _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Address                     _____

Telephone Number            _____

E-mail Address              _____

7