IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| FREDERICK HALL, | ) | CV 17-00345 HG-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES ARMY; | ) | |
| DEPARTMENT OF VETERANS | ) | |
| AFFAIRS; DISABLED | ) | |
| AMERICAN VETERANS; | ) | |
| OLYMPIC MOVING 7 STORAGE | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (ECF No. 17), AS MODIFIED,
TO DISMISS PLAINTIFF'S COMPLAINT WITH LEAVE TO AMEND
AND DENY THE PENDING MOTIONS AS MOOT**

Findings and Recommendation have been filed on February 8, 2017 and served on Defendants on August 28, 2017, and on Plaintiff on August 29, 2017.

On September 11, 2017, Plaintiff filed a one page document containing a single sentence stating:

> "Disabled American Veterans: Have expressed desire to stand 'MOOT'. I, Frederick Hall stand against allowing this action."

ECF No. 19.

The Court construes Plaintiff's statement to be an

Objection to the Magistrate Judge's Findings and Recommendation that the District Court Dismiss Plaintiff's Complaint with Leave to Amend and Deny the Pending Motions as Moot.

Plaintiff's objection states no basis for rejecting or for modification of the Findings and Recommendation.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (ECF No. 17) are adopted as the Opinion and Order of this Court with the following modifications:

On Page 1, in the second line of Paragraph (1), change "July 18, 2017" to "July 19, 2017."

On Page 2, in the thirteenth line of the first full paragraph, insert "at 678" in between "662" and "(2009)."

//
//
//
//
//

IT IS SO ORDERED.

DATED: September 14, 2017, Honolulu, HI.



/s/ Helen Gillmor

Helen Gillmor
United States District Judge

Frederick Hall v. United States Army; Department of Veterans Affairs; Disabled American Veterans; Olympic Moving & Storage Inc., Civ. No. 17-00345 HG-RLP; **ORDER Adopting the Magistrate Judge's Findings and Recommendation (ECF No. 17), as Modified, to Dismiss Plaintiff's Complaint with Leave to Amend and Deny the Pending Motion as Moot.**