IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| FREDERICK HALL, | ) CIVIL NO. 17-00345 HG-RLP |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| UNITED STATES ARMY; DEPARTMENT OF VETERANS AFFAIRS; DISABLED AMERICAN VETERANS; OLYMPIC MOVING & STORAGE INC., | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (ECF No. 23)

Findings and Recommendation having been filed and served on Plaintiff on September 15, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Plaintiff's Motion for Appointment of Counsel" (ECF No. 23) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: HONOLULU, HAWAII, October 6, 2017.

Helen Gillmor
United States District Judge